

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00142-CR

**TAEKEON A. MODESTER,**

                                                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                        **Appellee**

**From the County Court at Law**
**Navarro County, Texas**
**Trial Court No. C40879-CR**

## A B A T E M E N T   O R D E R

On April 22, 2022, the trial court signed an order sealing "the entire Reporter's Record" in this cause. On May 18, 2022, upon its own motion, the trial court signed an order sealing "the entire Clerk and Reporter's record." On August 23, 2022, this Court received Appellant's Brief that does not comply with the trial court's orders.

We abate this cause to the trial court to make findings of fact and conclusions of law concerning 1) under what statutory or case authority the records are ordered to be

sealed; and 2) whether the briefs in this cause should be filed under seal; and/or 3) whether the clerk's record and reporter's record should remain under seal.

The trial court is instructed to make to make findings of fact and conclusions of law within 21 days from the date of this Order. The trial court clerk is ordered to file a supplemental clerk's record containing the trial court's findings within 35 days from the date of this Order.

The Appellant's Brief was not filed in this cause, and the Clerk of this Court is ordered not to file the brief until resolution of the issues identified in this Order. Further, the briefing schedule is stayed pending resolution of these issue.

PER CURIAM

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Appeal abated
Order issued and filed August 25, 2022
Do not publish

